UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-462-SVW-5 |
|---|---|
| Plaintiff, | <u>ORDER GRANTING (1) SEVERANCE OF TRIAL OF DEFENDANT DARREL DAMONT SUMLER (#5),</u> |
| v. | <u>(2) CONTINUANCE OF TRIAL DATE FOR DEFENDANT SUMLER, AND (3) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u> |
| DARREL DAMONT SUMLER, | |
| Defendant. | |
| | **[PROPOSED] TRIAL DATE: December 6, 2022** |

The Court has read and considered the Stipulation Regarding Request for (1) Severance of Trial of Defendant DARREL DAMONT SUMLER, (2) Continuance of Trial Date as to Defendant SUMLER, and (3) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 7, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support (1) the

severance of defendant SUMLER from all remaining defendants, (2) a continuance of the trial date in this matter as to defendant SUMLER, and (3) provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court adopts and incorporates herein the basis for severance set forth in the Stipulation. The Court finds good cause for severing defendant SUMLER.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial for defendant SUMLER is hereby SEVERED from all other remaining defendants.

2. The trial in this matter as to defendant SUMLER is continued from October 4, 2022, to December 6, 2022.

3. The time period of October 4, 2022, to December 6, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 9, 2022
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
DAMARIS DIAZ
CLAIRE E. KELLY
Assistant United States Attorneys